UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO ROMERO ARIZPE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL MUKASEY, Attorney General)<br>of the United States; MICHAEL)<br>CHERTOFF, Secretary of the Department)<br>of Homeland Security; EMILIO T.)<br>GONZALEZ, Director of the United States)<br>Citizenship and Immigration Services;)<br>PAUL M. PIERRE, Director of District 24)<br>of United States Citizenship and)<br>Immigration Services, San Diego,)<br>California; and ROBERT S. MUELLER,)<br>III, Director of the Federal Bureau of)<br>Investigation, )<br>)<br>Defendants. )<br>_____ ) | Case No. 07cv1982 JM (LSP)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING<br><br>USCIS No. A47 765 559<br><br>[Docket No. 3] |

Having considered the parties' Joint Motion to Extend Time for Filing of Responsive Pleading (Docket No. 3) and finding the joint motion meritorious, the Court GRANTS the motion for extension of time and ORDERS under Federal Rule of Civil Procedure 6(b)(1) that the time in

///

///

///

1 | which Defendants shall file their answer or responsive pleading in the above captioned matter is
2 | extended until February 12, 2008.
3 | **IT IS SO ORDERED.**
4 | DATED:  December 10, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge