UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO ROMERO ARIZPE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; PAUL M. PIERRE, Director of District 24 of United States Citizenship and Immigration Services, San Diego, California; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 07cv1982 JM (LSP)<br><br>ORDER GRANTING JOINT MOTION TO REMAND<br><br>USCIS No. A47 765 559<br><br>[Docket No. 5] |

Having considered the parties' Joint Motion to Remand (Docket No. 5) and finding the motion meritorious, the Court GRANTS the motion to remand. This case is hereby remanded to U.S. Citizenship and Immigration Services for adjudication of the naturalization application within sixty days of this ORDER. Plaintiff has sixty days leave to amend his Complaint in the event the naturalization application is not adjudicated within sixty days of this ORDER

**IT IS SO ORDERED.**

DATED: February 6, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge